## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01275-GPG-KAS

KYLE CANNON, son, in in his individual capacity as the heir-at-law of his father, John William Cannon, deceased, and as Administrator of the Estate of John William Cannon, deceased,

      Plaintiff,

v.

AMERICAN AIRLINES, INC., and
SKYWEST AIRLINES, INC.,

      Defendant.

---

### PLAINTIFFS' THIRD UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES

---

COME NOW, the Plaintiffs, by and through counsel of record, and, pursuant to D.C.COLO.LCivR 6.1 respectfully request that the Court enter an Order modifying the expert deadlines in the Court's Scheduling Order (Doc. 31, as modified by Doc. 55, as modified by Doc. 64) as set forth below.

### CERTIFICATE OF CONFERRAL

Counsel for Plaintiff conferred with counsel for Defendant American Airlines and counsel for Defendant SkyWest on July 22, 2026 and July 27, 2026. Defendants do not oppose the extensions requested herein.

In accordance with D.C.COLO.LCivR 6.1(c), counsel for Plaintiffs give notice that a copy of this motion shall be served on the Plaintiffs.

1

## **THIRD MOTION TO MODIFY**

Pursuant to Fed. R. Civ. P. 16(b)(4) and D.C.COLO.LCivR 6.1, a scheduling order may be modified only for good cause and with the judge's consent. The Tenth Circuit has explicitly held that the "good cause" standard requires the movant to demonstrate that the "scheduling deadlines cannot be met despite the movant's diligent efforts." *Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014); *see also Hamric v. Wilderness Expeditions, Inc.*, 6 F.4th 1108 (10th Cir. 2021).

This standard is more stringent than the lenient standard under Rule 15(a), and the primary consideration is the diligence of the party seeking the amendment. *Tesone v. Empire Mktg. Strategies*, 942 F.3d 979, 988 (10th Cir. 2019). Rule 16(b)(4) does not focus on the bad faith of the movant or prejudice to the opposing party, but rather on whether the deadlines could not reasonably be met despite diligent efforts. *Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001); *Walker v. THI of N.M. at Hobbs Ctr.*, 262 F.R.D. 599, 603 (D.N.M. 2009).

Plaintiff demonstrates that despite continuous and diligent efforts to move this case forward, the current deadlines cannot be met because of additional delays in setting the final depositions in this matter.

- **April 22, 2026:** Plaintiffs forwarded a Notice of Deposition of American Airlines corporate designee and requested dates for deposition of the designee.

- **April 28, 2026:** Plaintiffs followed up on the request for deposition dates.

- **May 19, 2026:** Plaintiffs again followed up on the outstanding deposition dates for American Airlines designee among other outstanding depositions.

- **May 28, 2026:** Plaintiffs once again followed up for dates for the outstanding depositions.

- **June 9, 2026:** Plaintiffs sent a discovery dispute conferral email to counsel for Defendants regarding the outstanding depositions and Defendants' failure to provide dates despite repeated requests spanning two months.

- **June 11, 2026:** Counsel for American Airlines provided a date for deposition of one witness and advised remaining dates would be forthcoming within 7 days.

- Over the next several days, all depositions were set to take place in the months of June and July, with the exception of the American Airlines corporate designee and SkyWest Captain Michael Milam.

- **June 19, 2026:** Plaintiffs followed up on the outstanding depositions.

- **June 30, 2026:** Based on the deposition testimony of Brooke Harrower, Plaintiffs requested dates for deposition of former SkyWest Chief pilot Laura George. Defendant SkyWest objected to this deposition and agreed to submit to the Court for a discovery dispute, which had not yet been done.

- **July 7, 2026 & July 8, 2026:** Plaintiffs followed up again for American Airlines 30(b)(6) dates.

- **July 9, 2026:** Defendant American Airlines proposed late July and early August dates. The parties agreed on August 11, 2026.

- **July 14, 2026:** Counsel for American Airlines requested the date be moved to August 18th due to a scheduling conflict.

- **July 22, 2026:** Plaintiffs were unable to accommodate August 18th, and after a week of back and forth exchanges, the American Airlines 30(b)(6) deposition was scheduled for August 17, 2026, the due date for Affirmative Expert disclosures.

As of today's date, the depositions of SkyWest Capt. Milam and former SkyWest Chief Pilot Laura George have yet to be scheduled as no dates have been provided.

Good cause for another extension exists because Plaintiffs cannot expect experts to provide meaningful reports by the current August 17, 2026 deadline without reviewing the deposition transcripts of American Airlines corporate designee or the two other outstanding witness, which remain unscheduled.

Plaintiffs propose the following modified schedule:

- **Affirmative Expert Designation:** November 20, 2026

- **Rebuttal Expert Designation:** December 18, 2026

- **Discovery Cut-off:** January 8, 2027

- **Dispositive Motion Deadline:** February 5, 2027

**WHEREFORE**, Plaintiffs respectfully requests the Court enter an Order modifying the Scheduling Order as set forth above.

Dated: July 27, 2026.

Respectfully submitted,

**RAMOS LAW**

*s/Jessica L. McBryant*
Jessica L. McBryant, Esq. (Reg # 51318)
Joseph LoRusso, Esq.  (Reg # 48395)
Ezekiel M. Denison, Esq. (Reg # 58290)
10190 Bannock St., Suite 200
Northglenn, Colorado 80260
Telephone: (866) 645-1128
JLMcBryant@RamosLaw.com
JLoRusso@RamosLaw.com
ZDenison@RamosLaw.com
***Attorneys for Plaintiff Kyle Cannon***

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2026, a true and correct copy of the foregoing document has been served to the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Alex K. Beekman
Michael R. Cunningham
Bryan S. David
Stephanie L. Millett
4015 Main Street, Suite 200
Dallas, TX 75226
Telephone: (214) 646-1495
abeekman@cunninghamswaim.com
rcunningham@cunninghamswaim.com
bdavid@cunninghamswaim.com
smillett@cunninghamswaim.com
*Attorneys for Defendant SkyWest Airlines, Inc.*

Robert J. Zavaglia, Jr.
Kathleen J. Johnson
6400 South Fiddlers Green Circle, Suite 1900
Greenwood Village, CO 80111
Telephone: (303) 292-2700
robert.zavaglia@fmglaw.com
kathleen.johnson@fmglaw.com
*Attorneys for Defendant American Airlines, Inc.*

*/s/ Jessica L. McBryant*
Jessica L. McBryant

5